# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:09CR401 |
| vs. | ) | |
| | ) | ORDER |
| MARIA E. VALENCIA, | ) | |
| | ) | |
| Defendant. | ) | |

On the court's own motion,

**IT IS ORDERED** that the jury trial now set for January 26, 2010 is cancelled. A new trial date will be set by further order, in accordance with the Speedy Trial Act.

**DATED January 19, 2010.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**